Robert A. Bleicher (CA Bar No. 111334)
Matthew P. Moseley (CA Bar No. 227026)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Attorneys for Defendants and Third Party Plaintiffs
RENAISSANCE HOTEL OPERATING CO.,
erroneously sued as THE LODGE AT SONOMA
RENAISSANCE HOTEL & SPA and MARRIOTT
INTERNATIONAL, INC.; SONOMA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SKAFF,<br><br>Plaintiff,<br><br>vs.<br><br>THE LODGE AT SONOMA RENAISSANCE HOTEL & SPA; MARRIOTT INTERNATIONAL, INC.; SONOMA, LLC; and DOES 1-25, Inclusive<br><br>Defendants. | Case No.: C-03 2903 ADR JSW<br>Civil Rights<br><br>CASE MANAGEMENT STATEMENT<br><br>Date: May 27, 2005<br>Time: 1:30 P.M.<br>Courtroom.: 2<br>Judge: Hon. Jeffrey S. White |
| RENAISSANCE HOTEL OPERATING COMPANY, a Delaware corporation; SONOMA, LLC, a California limited liability company,<br><br>Third Party Plaintiffs,<br><br>vs.<br><br>HILL/GLAZIER ARCHITECTS, INC. a California corporation; DOUGLAS ROSS CONSTRUCTION, INC., a California corporation; DON MACNAIR, an Individual; MARCIA VALLIER dba VALLIER DESIGN ASSOCIATES, an Individual; RIECHERS, SPENCE & ASSOC., a California corporation; CYNTHIA BURNETT dba BURNETT DESIGN GROUP, an Individual; JOHNSON + MULLER ARCHITECTS, a professional California corporation; and ROES 1-70,<br><br>Third Party Defendants. | |

Defendant and Third Party Plaintiff RENAISSANCE HOTEL OPERATING CO., erroneously sued as THE LODGE AT SONOMA RENAISSANCE HOTEL & SPA and MARRIOTT INTERNATIONAL, INC.; SONOMA, LLC, submits its Case Management Statement as follows:

## I. STATUS

Plaintiff Richard Skaff has dismissed his Complaint against Defendant. Third Party Plaintiff RENAISSANCE HOTEL OPERATING CO. ("RENAISSANCE"), has dismissed its claim against all Third Party Defendants with the exception of DOUGLAS ROSS CONSTRUCTION, INC. RENAISSANCE and ROSS have reached a settlement contingent upon ROSS's completion of various repair items at the property. Once those items are finished, ROSS will be dismissed and this matter will be concluded.

Accordingly, RENAISSANCE requests that the Court schedule a further Case Management Conference in 90 to 120 days, which should be sufficient time for all remaining outstanding matters to be resolved.

Dated: May 20, 2005

HOLLAND & KNIGHT LLP

_____
Robert A. Bleicher
Attorneys for Defendants/Third Party Plaintiffs
RENAISSANCE HOTEL OPERATING CO.;
SONOMA, LLC; and MARIOTT
INTERNATIONAL, INC.

# 2912093_v1

The Case Management Conference is HEREBY CONTINUED to October 28, 2005 at 1:30 p.m.

Dated: May 23, 2005

/s/ Jeffrey S. White
United States District Judge

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

- 2 -

CASE MANAGEMENT STATEMENT    Case No. C-03 2903 ADR JSW